UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                 :

HASSAAN QAZI,                           :

                        :

           Petitioner,        :

                        :                 26-CV-2668 (JAV)

        -v-                     :

                        :                    ORDER

MARCO RUBIO, *in his Official Capacity as Secretary of* :
*State*, et al.,                        :

                        :

           Respondents.      :

                        :
-----------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

       This mandamus action seeks to compel Respondents to adjudicate Petitioner's H-1B visa application, which has been pending in administrative processing under Section 221(g) of the INA for approximately 225 days. Service of this mandamus petition was effectuated on April 4, 2026, and the response to the petition is due on June 3, 2026. ECF No. 10.

       By letter filed April 17, 2026, *see* ECF No. 11, Petitioner seeks emergency relief in the form of a status report from Respondents regarding the current status of his visa application. Petitioner represents that the organization sponsoring his visa application may need to move forward with filling the position with another applicant in the next three weeks. *Id.*

       The request is GRANTED. Respondents are ORDERED to provide this Court with a status report regarding the status of Petitioner's visa application by **April 30, 2026**.

       Petitioner shall serve a copy of this Order on Respondents at the U.S. Attorney's Office for the Southern District of New York, Civil Process Clerk, 86 Chambers Street, New York NY 10007 by April 24, 2026, and file proof of service on the docket by April 25, 2026.

       The Clerk of Court is directed to terminate ECF No. 11.

       SO ORDERED.

Dated: April 22, 2026
        New York, New York

                                       _____
                                         JEANNETTE A. VARGAS
                                         United States District Judge