**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

HASSAAN QAZI,
Petitioner,
v. **No. 26 Civ. 2668 (JAV)**
MARCO RUBIO, *in his Official Capacity as Secretary of State*, et al.,
Respondents.

**LETTER REGARDING CORRECTION TO COMPLAINT**

Dear Judge Vargas:

Petitioner respectfully writes to bring to the Court's attention a factual inaccuracy in paragraph 33 of the Complaint and to place the correction on the record.

The Complaint states that "no request for additional documentation has been made." That statement is inaccurate. On or about September 23, 2025, the Consulate General requested Petitioner's resume—which Petitioner had already provided on the date of his consular interview, September 2, 2025—along with any academic publications. Petitioner's employer's immigration counsel responded promptly on September 24, 2025, providing the requested resume and noting that the remaining request was inapplicable to a non-academic visa application. No further request for documentation has been made since that date. All other factual assertions in the Complaint remain true and correct to the best of Petitioner's knowledge, information, and belief.

Petitioner identified this inaccuracy shortly after filing and attempted to submit a correction to the Court via email to the Pro Se Intake Unit on April 9, 2026. A copy of that email is attached hereto as Exhibit A. Petitioner now files this letter directly to ensure the correction reaches the Court's attention.

Petitioner regrets the error and respectfully submits that the prompt effort to correct it reflects the seriousness with which he takes his obligations under the verification he executed pursuant to 28 U.S.C. § 1746.

Respectfully submitted,

**HASSAAN QAZI**
Petitioner, Pro Se
301 Sullivan Pl, Apt 4A
Brooklyn, NY 11225
*legal@hqazi.io*

cc: Leslie A. Ramirez-Fisher, Assistant United States Attorney (via ECF)

**Exhibit A**: Email to SDNY Pro Se Intake Unit dated April 9, 2026

Gmail Hassaan Qazi <hassaan@hqazi.io>

**PRO SE FILING -- Qazi v. Rubio et al, case 1:26-cv-02668-JAV**

**Hassaan Qazi** <legal@hqazi.io> Thu, Apr 9, 2026 at 10:28 AM
To: prose@nysd.uscourts.gov

Good morning,

I'm looking to submit additional documentation regarding an existing case at SDNY, the details of which are as follows:

- Case name: Qazi v. Rubio et al.
- Case number:1:26-cv-02668-JAV
- My name: Hassaan Qazi
- My address on file: 301 Sullivan Pl, Apt 4A, Brooklyn, NY 11225
- My phone number: [redacted]

The documents attached are:

1. a signed affidavit of service
2. a letter of correction to the complaint

Best,

Hassaan

**2 attachments**

**Proof of service affidavit_ SDNY-pages.pdf**
222K

**Letter regarding correction to complaint signed 20260409.pdf**
74K