May 23, 2026

The Honorable Jeannette A. Vargas
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, New York, NY 10007

**Re:** *Qazi v. Rubio*, No. 26 Civ. 2668 (JAV)

Dear Judge Vargas:

Petitioner does not object to consolidation of the preliminary injunction motion with a resolution of the merits. ECF No. 31. Petitioner respectfully submits that, to the best of his knowledge, there are no disputed issues of fact requiring discovery or further development of the record, and that this matter is appropriate for resolution on the existing briefing and record before the Court.

Respectfully submitted,

**HASSAAN QAZI**
Petitioner, Pro Se