**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

May 27, 2026

VIA ECF
Hon. Jeannette A. Vargas
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007

**Re: *Hassaan Qazi v. Marco Rubio, et al.*, No. 26 Civ. 2668 (JAV))**

Dear Judge Vargas:

This Office represents the government in this action in which the plaintiff alleges that his H-1B nonimmigrant visa application has been pending for approximately seven months and seeks an order compelling the U.S. Department of State to adjudicate the visa application. On May 23, 2026, the Court issued an order stating that it intended to consolidate its consideration of the preliminary injunction motion with a resolution of the merits of Plaintiff's claims pursuant to Federal Rule of Civil Procedure 54(a)(2). ECF No. 31. I write respectfully to state that the government does not object to the consolidation of Plaintiff's preliminary injunction motion with a resolution of the merits of Plaintiff's claims.

I thank the Court for its consideration of this submission.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By: s/ *Leslie A. Ramirez-Fisher*
LESLIE A. RAMIREZ-FISHER
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone: (212) 637-0378
E-mail: leslie.ramirez-fisher@usdoj.gov
*Attorney for Defendants*

cc: Plaintiff pro se (via ECF)