**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
 HASSAAN QAZI,

                              Plaintiff,

              -against-                                                    26 **CIVIL** 2668 (JAV)

                                                                          **JUDGMENT**

MARCO RUBIO, in his official capacity as
Secretary of State, et al.,

                              Defendants.
------------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion and Order dated June 3, 2026, the claims against Joseph D. Edlow,

USCIS Director, and Todd Blanche, Acting U.S. Attorney General, are **DISMISSED**.

Defendants Marco Rubio, in his capacity as Secretary of the U.S. State Department, and Brian

Heath, in his capacity as Consul General of the U.S. Consulate General in Frankfurt, are hereby

**ORDERED** to complete the administrative processing and adjudication of Plaintiff's visa

application within 30 days from the date of the Order; accordingly, the case is closed.

**Dated:** New York, New York

        June 3, 2026

                                                        **TAMMI M. HELLWIG**
                                          _____
                                                        **Clerk of Court**

                              **BY:**          K. mango
                                          _____
                                                        **Deputy Clerk**